Redacted

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Brad Kiernan, Special Agent of the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state:

## PRELIMINARY BACKGROUND INFORMATION

1.      I, Brad Kiernan, am a Special Agent of the FBI and am currently assigned to the Phoenix Division - Tucson Resident Agency. In the course of my official duties, I am responsible for investigating federal crimes occurring within the District of Arizona. My current responsibilities include the investigation of national security matters, to include cases with a nexus to foreign terrorist organizations. I have training and experience in investigating these crimes and, as such, know social media platforms like Twitter are utilized by foreign terrorist organizations to spread propaganda, communicate with sympathizers, and radicalize and recruit new members.

2.      The facts in this affidavit come from my personal observations, training and experience, and information obtained from other agents, officers, investigators, and witnesses. This affidavit is intended merely to show sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I have set forth only the facts I believe are necessary to establish probable cause that evidence of violations of Title 18, United States Code, Section 2339B (18 U.S.C. § 2339B) are located in the referenced account maintained by Twitter. I request the Court issue a search warrant directing Twitter to disclose the content of the account ███████████████ user ID of ███████████████ to locate evidence related to the aforementioned violation.

## INTRODUCTION

3.      I, Brad Kiernan, make this affidavit in support of an application for a search warrant for information associated with the Twitter account ████████ user ID of ███████████████ which is stored at premises owned, maintained, controlled, or operated by Twitter Inc., a social-networking company headquartered in San Francisco,

22-02235MB

Redacted

California. This affidavit is made in support of an application for a search warrant requiring Twitter to disclose records and other information in its possession, pertaining to the Twitter account described in Attachment A. It is requested that the Court issue a search warrant authorizing law enforcement to review content of the Twitter account ████████ Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## STATUTES

4.      Title 18, United States Code, Section 2339B states, in pertinent part:

>        Whoever knowingly provides material support or resources to a foreign terrorist organization, or attempts or conspires to do so, shall be fined under this title or imprisoned not more than 20 years ....

Among the elements the United States must prove to show a violation of 18 U.S.C. § 2339B are that:

>        (1) the person knowingly provided material support or resources to a foreign terrorist organization; and
>        (2) knew that the organization was a designated terrorist organization, or that the organization had engaged or was engaging in terrorist activity or terrorism.

As defined in 18 U.S.C. §§ 2339B(g)(4) and 2339(A)(b):

>        The term "material support or resources" means any property, tangible or intangible, or service, including currency or monetary instruments or financial securities, financial services, lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons, lethal substances, explosives, personnel (1 or more individuals who may be or include oneself), and transportation, except medicine or religious materials;

>        the term "training" means instruction or teaching designed to impart a specific skill, as opposed to general knowledge, and

>        the term "expert advice, or assistance" means advice or assistance derived from scientific, technical, or other specialized knowledge.

5.      Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe there is evidence of providing material support or resources to

Redacted

designated foreign terrorist organizations (18 U.S.C. § 2339B) within the Twitter account described in Attachment A. Thus, as outlined below, there is also probable cause to search the referenced account for evidence, fruits and/or instrumentalities of these crimes and other items to be seized that are listed in Attachment B.

## BACKGROUND OF ISIS' DESIGNATION AS A FOREIGN TERRORIST ORGANIZATION

6.     On or about October 15, 2004, the U.S. Secretary of State designated al Qaeda in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act (the "INA") and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224. On or about May 15, 2014, the Secretary of State amended the designation of AQI as an FTO under Section 219 of the INA and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the FTO listing: the Islamic State of Iraq and al-Sham (i.e., "ISIS"—which is how the FTO will be referenced herein), the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production. On September 21, 2015, the Secretary added the following aliases to the FTO listing: Islamic State, ISIL, and ISIS. To date, ISIS remains a designated FTO.

## STATEMENT OF PROBABLE CAUSE

7.



Redacted

█████████████████████████████████████████████
████████████████████

**8.**     In █████ of 2020, during the course of a separate investigation, FBI PX served a federal search warrant to ██████████████████, a social media platform. In reviewing the information received from ██████ pursuant to the search warrant, FBI PX identified that ██████ user ████████████ ███████████ was posting messages in group chats. Internet Protocol ("IP") address connection logs of the account obtained via legal process later identified ████████ as an account attributable to ████████████

**9.**     Specifically, the search warrant return from ████████ revealed that, on ████████ 2020, ████████ posted, ████████████████████████. Based on my training and experience, I know the term "dawla" translates to "state" or "dynasty," however, I also know the term "dawla" is commonly used by followers of ISIS to refer to ISIS. Based on this knowledge, I believe ████████ comment reveals ██ posted ISIS content in this ████████ group chat that was subsequently removed by other members of the chat.

**10.**    The search warrant return from ████████ also revealed that on ████████ 2020, ████████████ engaged in the following conversation with other ████████ users:



22-02235MB

Redacted



The next day, on ████ 2020, another user replied to when ██████ asked "Why are dawla supporters banned". That interaction went as follows:

**11.** In ██████ of 2020, ████████████████ identified an account belonging to ████████ as being in a server consisting of several different group chats that hosted content supportive of ISIS. The account used ██████ known moniker ████████ IP address connection logs for the account obtained via legal process confirmed this account was attributable to ██████ On ████████ 2020, in one of the group chats, ██████ posted:

Redacted



Based on my training and experience, I know that one of the books ▌▌▌▌▌▌▌singled out, *Defense of the Muslim Lands* by Abdullah Yusuf Azzam, can be described as jihadist[2] doctrine; its principles have been used as propaganda by FTO's such as ISIS and al-Qaeda to radicalize individuals. The author, Abdullah Yusuf Azzam (Azzam), is also referred to as the "father of global jihad" and has written many articles glorifying the role of a suicide bomber. In the 1980's, Azzam served as a teacher and mentor to Usama bin Laden, the founder of al-Qaeda. Under Usama bin Laden's leadership, al-Qaeda was responsible for many mass casualty attacks across the world including the September 11, 2001 attacks in the United States. Based on my knowledge of this investigation, ▌▌▌▌▌▌posting a link to *Defense of the Muslim Lands* reveals ▌may be using his online accounts to spread FTO propaganda in an effort to radicalize others.

12.     In the same server referenced in the preceding paragraph, ▌▌▌ identified another account belonging to ▌▌▌▌▌ IP address connection logs for this account, obtained via legal process, confirmed the account was also attributable to ▌▌▌▌▌ On ▌▌▌▌▌ 2020, in one of the group chats, ▌▌▌▌▌ brought up a terrorist attack that occurred in Vienna, Austria a few days prior during which four people were killed and 23 people were injured by a gunman who started shooting into a busy city center. ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌With this statement, ▌▌▌▌▌▌appears to vocalize ▌ support of the individual responsible for the Vienna attack by saying, "may Allah accept him." Based on my training and experience, I believe ▌▌▌▌▌'s post

---

[2] Based on my training and experience, I know the term "jihad" can be defined as a preemptive or offensive attack waged in defense of Islam against non-believers.

Redacted

shows ██ is accepting of a violent ideology and accepting of individuals who conduct acts of jihad on behalf of terrorist organizations.

**13.**    In ████ of 2021, ██████████████████ identified an account under ████████'s known moniker, ████████ in another server consisting of several different group chats that hosted content supportive of ISIS. Based on the account's username, statements made by the account, and consistencies with ████████ other online accounts, I believe this account belonged to ████████ According to ████████ ████████, on ████████ 2021, ████████ posted the following "rules" on how to remain anonymous online:

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

A few minutes later, ████████ posted:

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

Over a week later, on ████████ 2021, another user in the group chat made a post that referenced the country he or she lived in, to which ████████ responded:

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

Redacted

Based on my training and experience ████████'s advice to others on how to avoid detection online indicates an understanding of the criminality of ██ own behavior and a desire to remain anonymous online to avoid law enforcement detection. Additionally, ██ comment about "restrict it to direct messaging" suggests that more sensitive conversations occur within the "direct messages" of ██ social media platforms.

14.    In ██ 2021, an online account known to be attributable to ████████ engaged in a conversation with ████████. In this dialogue, ████████ stated ██ was studying education to become an English teacher so ██ could "make hijrah". Based on my training and experience, I understand the term hijrah has historically meant the migration from an area where Islamic law is not implemented to an area under Islamic rule. However, the term hijrah has evolved to a more modern extremist interpretation following ISIS's violent takeover of lands in Iraq and Syria, and the establishment of the so-called Islamic State. In its modern interpretation, the term hijrah is used by ISIS and its followers to describe a foreign fighter's journey from his or her country of origin to terrorist–controlled territories to support a particular FTO. Based on my training, experience, and knowledge of this investigation, while also considering the information contained within this affidavit, I believe ████████'s desire to "make hijrah" may be an attempt to travel overseas in support of a FTO.

15.    A few days later, in ██ 2021, ████████ again engaged in an online conversation ████████. In this conversation, ████████ reiterated a desire to make hijrah, stating that ██ "have to pick up extra hours" at work because ██ is "saving money for hijrah."

16.    Through open source research, FBI PX identified a ████ account using the moniker ████████ Legal process served to ████ confirmed this account was registered under ████████ known telephone number. A review of the publicly available ██ account revealed that in 2021, ████████ engaged in a conversation with another ████ user wherein the user questioned why ████████ lived in America. In

Redacted

response, ██████████ stated, ███████████████████████████████
████████████                              A screenshot of the conversation is below:



17.    In the course of an investigation, FBI PX identified through FBI database checks, which was verified through legal process, that the Twitter account ██████ user ID of ███████████████ was registered using ██████████'s known telephone number.

18.    A review of the publicly available Twitter account ██████ revealed that on ██ 2021, ██████████ quote-tweeted a tweet that stated, ████████████████████████████████ ████████████████████████████████████████. In response, ██████████ tweeted, ███████████████████████████████████████ █████████████████████████████████████████████████████████████

A screenshot of the original tweet and ██████████'s reply is below:

Redacted



Based on my knowledge of this investigation, I believe ▇▇▇▇▇▇'s post justifying this attack on U.S. soldiers again shows ▇▇ is accepting of a violent ideology and accepting of individuals who conduct acts of jihad on behalf of terrorist organizations.

**19.**   A further review of the Twitter account ▇▇▇▇ revealed that, on ▇▇▇▇▇▇ 2021, ▇▇▇▇▇▇ tweeted using the hashtag ▇▇▇▇▇▇▇▇▇▇▇ Due to my training and experience, I know that Aafia Siddiqui is commonly referred to as "Lady Al-Qaeda" in pop culture for her suspected role in the organization. Siddiqui is currently serving an 86-year sentence in federal prison for the attempted murder of U.S. nationals and U.S. officers and employees in Afghanistan. A screenshot of ▇▇▇▇▇'s tweet is below:

Based on my knowledge of this investigation, I believe ▇▇▇▇▇▇'s post advocating for the release of a known terrorist further demonstrates ▇▇ acceptance of a violent ideology.

**20.**   A further review of the Twitter account ▇▇▇▇ revealed that on ▇▇▇▇▇▇ 2021, ▇▇▇▇▇▇ tweeted, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ Another Twitter user replied to this tweet in all caps with,

Redacted

█████████ █████████ replied, █████████ A screenshot of the tweet and replies are below:



Based on my training, experience, and knowledge of this investigation, I believe █████████'s tweet about █████████████████████ is referencing █ continued desire to make hijrah in support of an FTO. The response of █████████ by another account indicates that a plan may be in the works to accomplish █████████'s goal of making hijrah.

**21.**    In ██ 2022, while attempting to view █████████'s known ██████ account, FBI PX learned the account had been deleted. Approximately seven weeks later, in █████████ of 2022, FBI PX attempted to view █████████s known Twitter account, █████████ but learned that account had also been deactivated.

**22.**    On █████████ 2022, FBI PX was notified by the United States Department of State that █████████ applied for a United States Passport on █████████ 2022.

**23.**    Based on my training, experience, and knowledge of this investigation, and considering the fact that █████████ applied for a U.S. passport around the same time █ online accounts began being deactivated, I believe █████████ may be attempting to conceal █ online activities and may be preparing to act on █ desire to travel overseas to "make hijrah." Based on these actions, and considering all the other information contained within this affidavit, specifically that █████████ has made multiple references about

Redacted



making hijrah, I believe there is probable cause to believe there is evidence of violations of Title 18 U.S.C. § 2339B located within ████████'s Twitter account.

**24.**    The Tucson RA submitted a request to Twitter on ████████ 2021 to preserve all information related to the referenced account from ████ 2020 to ████████ 2021. Twitter confirmed receipt of the request. A follow-up request was submitted to Twitter on ████████ 2022, to preserve all account data from ████████ 2021 to ████████ 2022. Other follow-up preservation requests were submitted on ██████ 2022 for all account data from ██████ 2022 to ██████ 2022, on ████████ 2022 for all account data from ████ 2022 to the date of its deactivation on or about ██████ 2022, and on ████████ 2022 to extend all previously submitted preservation requests.

## INFORMATION REGARDING TWITTER

**25.**    I, Brad Kiernan, know that Twitter owns and operates a free-access social-networking website of the same name that can be accessed at http://www.twitter.com. Twitter allows its users to create their own profile pages, which can include a short biography, a photo of themselves, and location information. Twitter also permits users create and read 280-character messages called "Tweets," and to restrict their "Tweets" to individuals whom they approve. These features are described in more detail below.

**26.**    Upon creating a Twitter account, a Twitter user must create a unique Twitter username and an account password, and the user may also select a different name of 20 characters or fewer to identify his or her Twitter account. The Twitter user may also change this username, password, and name without having to open a new Twitter account.

**27.**    Twitter asks users to provide basic identity and contact information, either during the registration process or thereafter. This information may include the user's full name, e-mail addresses, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers. For each user, Twitter may retain information about the date and time for which the user's profile was created, the date and time for which the account was created, and the IP address at the time of sign-up. Because

Redacted

every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access a given Twitter account.

**28.**     A Twitter user can post a personal photograph or image (also known as an "avatar") to his or her profile, and can also change the profile background or theme for his or her account page. In addition, Twitter users can post "bios" of 160 characters or fewer to their profile pages.

**29.**     Twitter also keeps IP logs for each user. These logs contain information about the user's logins to Twitter including, for each access, the IP address assigned to the user and the date stamp at the time the user accessed his or her profile.

**30.**     As discussed above, Twitter users can use their Twitter accounts to post "Tweets" of 280 characters or fewer. Each Tweet includes a timestamp that displays when the Tweet was posted to Twitter. Twitter users can also "like," "retweet," or reply to the Tweets of other users. In addition, when a Tweet includes a Twitter username, often preceded by the @ sign, Twitter designates that Tweet a "mention" of the identified user. In the "Connect" tab for each account, Twitter provides the user with a list of other users who have "liked" or "retweeted" the user's own Tweets, as well as a list of all Tweets that include the user's username (*i.e.*, a list of all "mentions" and "replies" for that username).

**31.**     Twitter users can include photographs or images in their Tweets. Each Twitter account also is provided a user gallery that includes images that the user has shared on Twitter, including images uploaded by other services.

**32.**     Twitter users can also opt to include location data in their Tweets, which will reveal the users' locations at the time they post each Tweet. This "Tweet With Location" function is off by default, so Twitter users must opt in to the service. In addition, Twitter users may delete their past location data.

**33.**     When Twitter users want to post a Tweet that includes a link to a website, they can use Twitter's link service, which converts the longer website link into a shortened link that begins with http://t.co. This link service measures how many times a link has been clicked.

Redacted

**34.** A Twitter user can "follow" other Twitter users, which means subscribing to those users' Tweets and site updates. Each user profile page includes a list of the people who are following that user (*i.e.*, the user's "followers" list) and a list of people whom that user follows (*i.e.*, the user's "following" list). Twitters users can "unfollow" users whom they previously followed, and they can also adjust the privacy settings for their profile so that their Tweets are visible only to the people whom they approve, rather than to the public (which is the default setting). A Twitter user can also group other Twitter users into "lists" that display on the right side of the user's home page on Twitter. Twitter also provides users with a list of "Who to Follow," which includes a few recommendations of Twitter accounts that the user may find interesting, based on the types of accounts that the user is already following and who those people follow.

**35.** In addition to posting Tweets, a Twitter user can also send Direct Messages (DMs) to one of his or her followers. These messages are typically visible only to the sender and the recipient, and both the sender and the recipient have the power to delete the message from the inboxes of both users. As of January 2012, Twitter displayed only the last 100 DMs for a particular user, but older DMs are stored on Twitter's database.

**36.** Twitter users can configure the settings for their Twitter accounts in numerous ways. For example, a Twitter user can configure his or her Twitter account to send updates to the user's mobile phone, and the user can also set up a "sleep time" during which Twitter updates will not be sent to the user's phone.

**37.** Twitter includes a search function that enables its users to search all public Tweets for keywords, usernames, or subject, among other things. A Twitter user may save up to 25 past searches.

**38.** Twitter users can connect their Twitter accounts to third-party websites and applications, which may grant these websites and applications access to the users' public Twitter profiles.

**39.** If a Twitter user does not want to interact with another user on Twitter, the first user can "block" the second user from following his or her account.

Redacted

**40.**     In some cases, Twitter users may communicate directly with Twitter about issues relating to their account, such as technical problems or complaints. Social-networking providers like Twitter typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications. Twitter may also suspend a particular user for breaching Twitter's terms of service, during which time the Twitter user will be prevented from using Twitter's services.

**41.**     As explained herein, information stored in connection with a Twitter account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, a Twitter user's account information, IP log, stored electronic communications, and other data retained by Twitter, can indicate who has used or controlled the Twitter account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, profile contact information, communications, "tweets" (status updates) and "tweeted" photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Twitter account at a relevant time.  Further, Twitter account activity can show how and when the account was accessed or used.  For example, as described herein, Twitter logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date.  By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Twitter access, use, and events relating to the crime under investigation. Additionally, Twitter builds geo-location into some of its services.  If enabled by the user, physical location is automatically added to "tweeted" communications.  This geographic and timeline information may tend to either inculpate or exculpate the Twitter account owner.  Last, Twitter account activity may provide relevant insight into the Twitter account

Redacted

owner's state of mind as it relates to the offense under investigation. For example, information on the Twitter account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a criminal plan) or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

**42.**    Therefore, the computers of Twitter are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Twitter, such as account access information, transaction information, and other account information.

## **CONCLUSION**

**43.**    Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that evidence described in Attachment B, will support an investigation related to violations 18 U.S.C. § 2339B.

**44.**    I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation.

Respectfully submitted,

*Brad Kiernan*

Brad Kiernan, Special Agent
Federal Bureau of Investigation

Subscribed and sworn telephonically this ____10th___ day of November, 2022

*Bruce M. Macdonald*

Honorable Bruce G. Macdonald
United States Magistrate Judge

Redacted

## ATTACHMENT A

### PROPERTY TO BE SEARCHED

    This warrant applies to information associated with the Twitter account with username ███████████ (user ID of ██████████████ located online at URL ██████████████████ that is stored at premises owned, maintained, controlled, or operated by Twitter Inc., a company headquartered in San Francisco, California.

Redacted

## ATTACHMENT B

### Particular Things to be Seized

**I.  Information to be disclosed by Twitter**

To the extent that the information described in Attachment A is within the possession, custody, or control of Twitter, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that has been deleted but is still available to Twitter. Twitter is required to disclose to the government, for each account or identifier listed in Attachment A, the following information from ███████ **to present**, unless otherwise indicated:

    a.  All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers;

    b.  All past and current usernames, account passwords, and names associated with the account;

    c.  The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

    d.  All IP logs and other documents showing the IP address, date, and time of each login to the account;

    e.  All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

    f.  All "Tweets" and Direct Messages sent, received, "favorited," or retweeted by the account, and all photographs or images included in those Tweets and Direct Messages;

    g.  All information from the "Connect" tab for the account, including all lists of Twitter users who have favorited or retweeted Tweets posted by the account, as well as a list of all Tweets that include the username associated with the account (*i.e.*, "mentions" or "replies");

    h.  All photographs and images in the user gallery for the account;

Redacted

i. All location data associated with the account, including all information collected by the "Tweet With Location" service;

j. All information about the account's use of Twitter's link service, including all longer website links that were shortened by the service, all resulting shortened links, and all information about the number of times that a link posted by the account was clicked;

k. All data and information that has been deleted by the user;

l. A list of all of the people that the user follows on Twitter and all people who are following the user (*i.e.*, the user's "following" list and "followers" list);

m. A list of all users that the account has "unfollowed" or blocked;

n. All "lists" created by the account;

o. All information on the "Who to Follow" list for the account;

p. All privacy and account settings;

q. All records of Twitter searches performed by the account, including all past searches saved by the account;

r. All information about connections between the account and third-party websites and applications;

s. All records pertaining to communications between Twitter and any person regarding the user or the user's Twitter account, including contacts with support services, and all records of actions taken, including suspensions of the account.

Twitter is hereby ordered to disclose the above information to the government.

**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 2339B since █████████, including but not limited to information pertaining to the following matters:

a. Evidence of any and all communications, activities, photos, videos, chats, posts, tweets, etc. related to violations of 18 U.S.C. § 2339B;

b. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

22-02235MB

Redacted

    c.  Evidence indicating how and when the account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the account owner;

    d.  Evidence indicating the account owner's state of mind as it relates to the crimes under investigation;

    e.  Any records pertaining to the means and source of payment for services (including any credit card or bank account number or digital money transfer account information);

    f.  Evidence, that may identify any co-conspirators or aiders and abettors, who communicated with the account about matters relating to violations of 18 U.S.C. § 2339B, including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.